## Commonwealth *v.* Bastone, Appellant.

Submitted June 10, 1968. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Beatty, Appellant.

Submitted June 10, 1968. *John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Michael J. Rotko,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.